# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** July 16, 2015 | **Time:** 42 minutes<br>2:49 p.m. to 3:31 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 14-cv-05511-WHO | **Case Name:** EON Corp. IP Holdings, LLC v. Apple Inc. | |

**Attorney for Plaintiff:** John Hendricks, Matthew Murell, David J. Miclean, and Carmen Aviles
**Attorney for Defendant:** Bryan K. Anderson and Ezekiel Rauscher

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Rhonda Aquilina

# PROCEEDINGS

Parties heard as to Motion to Dismiss and Motion for Summary Judgment. Motions taken under submission; written order to follow.

Per parties' request, an extension to the claim construction briefing is granted. All deadlines shall be continued by the number of days from today's hearing to the date an order is entered on the motions.