UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP IP HOLDINGS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 14-cv-05511-WHO<br>Case No. 15-cv-03762-WHO<br><br>**ORDER RECONSIDERING DENIAL OF MOTION TO AMEND INFRINGEMENT CONTENTIONS AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 89, 114, 133 in 14-cv-5511 |

APPLE INC.,

    Plaintiff,

v.

EON CORP IP HOLDINGS LLC,

    Defendant.

Dkt. No. 4 in 15-cv-3762

---

I have reconsidered my denial of Eon's motion to amend its infringement contentions in this case. Docket Nos. 89, 114. Upon further consideration, and for the reasons discussed at the October 7th hearing, I GRANT Eon's motion to amend to allow the resolution of all of Eon's claims with respect to the '491 Patent and Apple's products.

A Case Management Conference for both of these cases is set for **November 10, 2015 at 3:00 p.m.** In the parties' Case Management Statement and at the conference, the parties shall address the following:

    (i)    a proposed a revised schedule for this action,

    (ii)    the voluntary dismissal of Case No. 15-3762, and

1      (iii)    Eon's pending request to dismiss with prejudice the claims in this case regarding

2      Patent Nos. '101 and '546.

3  **IT IS SO ORDERED**.

4  Dated: October 9, 2015



WILLIAM H. ORRICK
United States District Judge