UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP IP HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 14-cv-05511-WHO<br><br>**ORDERS GRANTING THE WITHDRAWAL OF EON'S MOTION TO DISMISS CLAIMS UNDER THE '101 PATENT AND GRANTING APPLE PERMISSION TO AMEND TO ASSERT COUNTERCLAIMS**<br><br>Re: Dkt. Nos. 150, 153 |

For the reasons discussed at the last two Case Management Conferences and with good cause appearing, Eon is allowed to withdraw its motion to dismiss so that it can litigate the '101 and '491 patents together. At Eon's request, its claims under the '546 patent are dismissed with prejudice.

The parties have proposed that Apple's claims in 3:15-CV-03762-WHO be converted into counterclaims in this case. It is so ordered. Apple will voluntarily dismiss that action after it files an amended pleading in this case that asserts the converted counterclaims.

This Order supersedes any ambiguous or contrary statement in the minutes at Dkt. No. 153.

**IT IS SO ORDERED**.

Dated: November 16, 2015

_____
WILLIAM H. ORRICK
United States District Judge