Bryan K. Anderson, SBN 170666
bkanderson@sidley.com
Ash Nagdev, SBN 259921
anagdev@sidley.com
Ryuk Park, SBN 298744
ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California  94304
Telephone:  +1 650 565-7000
Facsimile:  +1 650 565-7100

Philip W. Woo, SBN 196459
pwoo@sidley.com
Ezekiel L. Rauscher, SBN 269141
erauscher@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  +1 415 772-1200
Facsimile:  +1 415 772-7400

Attorneys for Defendant APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 3:14-cv-05511-WHO<br><br>Assigned to: Hon. William H. Orrick<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF DISCOVERY CUTOFF** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff EON Corp. IP Holdings, LLC ("EON") and Defendant Apple Inc. ("Apple") by and through their counsel, file this Stipulation and Proposed Order Regarding Extension of Fact Discovery Cutoff.

WHEREAS, on November 30, 2015, the Court issued its Civil Pretrial Order setting the current schedule (*see* ECF No. 161);

WHEREAS, the parties require a short extension of fact discovery to complete responses to pending discovery and conduct requested fact depositions before the current Fact Discovery Cutoff (December 21, 2016) due to conflicts with the parties' and witnesses' schedules for the approaching holidays;

WHEREAS, the parties agree that such extension shall apply to discovery requests and deposition notices that have already been served or requested in writing, and that such extension shall not permit the parties to serve any new discovery requests or requests for deposition(s);

NOW, THEREFORE, the parties stipulate and agree, subject to the Court's approval, that:

(1) the Fact Discovery Cutoff for completing pending discovery requests shall be extended 30 days from December 21, 2016 to January 20, 2017;

(2) as a result, the deadlines for fact discovery motions, expert disclosures, expert rebuttals, expert discovery cutoff, and expert discovery motions shall all be extended 30 days as shown in the Revised Schedule below;

(3) the dates for the pretrial conference and trial shall remain the same; and

(4) the Revised Schedule shown below shall be adopted for this case.

| Event | Current Schedule | Revised Schedule |
|---|---|---|
| Fact discovery cutoff | December 21, 2016 | January 20, 2017 |
| Deadline for fact discovery motions | January 11, 2017 | February 10, 2017 |
| Expert disclosure | January 11, 2017 | February 10, 2017 |
| Expert rebuttal | February 13, 2017 | March 15, 2017 |
| Expert discovery cutoff | March 13, 2017 | April 12, 2017 |
| Deadline for expert discovery motions | March 27, 2017 | April 26, 2017 |
| Pretrial Conference | September 25, 2017 2:00 p.m. | September 25, 2017 2:00 p.m. |
| Trial | October 23, 2017 8:30 a.m. | October 23, 2017 8:30 a.m. |

Dated: December 8, 2016

SIDLEY AUSTIN LLP

By: *Bryan K. Anderson*

Bryan K. Anderson, SBN 170666
bkanderson@sidley.com
Ash Nagdev, SBN 259921
anagdev@sidley.com
Ryuk Park, SBN 298744
ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California  94304

Philip W. Woo, SBN 196459
pwoo@sidley.com
Ezekiel L. Rauscher, SBN 269141
erauscher@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104

**Attorneys for Defendant
APPLE INC.**

REED & SCARDINO LLP

By: *Joshua G. Jones*

Daniel R. Scardino
dscardino@reedscardino.com
Joshua G. Jones
jjones@reedscardino.com
Craig S. Jepson, SBN132150
cjepson@reedscardino.com

MICLEAN GLEASON LLP

David J. Miclean, SBN 115098
dmiclean@micleangleason.com
Carmen M. Aviles, SBN 251993
caviles@micleangleason.com

**ATTORNEYS FOR EON CORP. IP
HOLDINGS, LLC**

STIPULATION AND ORDER REGARDING EXTENSION OF DISCOVERY CUTOFF
CASE NO. 3:14-CV-05511-WHO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 12, 2016

_____

THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: December 8, 2016

SIDLEY AUSTIN LLP

By: _Bryan K. Anderson_____
     Bryan K. Anderson, SBN 170666
     bkanderson@sidley.com
     **Attorneys for Defendant**
     **APPLE INC.**

4