David J. Miclean (SBN 115098)
Carmen M. Aviles (SBN 251993)
Miclean Gleason LLP
411 Borel Avenue, Suite 310
San Mateo, CA 94402
Telephone: (650) 684 1181
Fax: (650) 684-1182
dmiclean@micleangleason.com
caviles@micleangleason.com

Daniel R. Scardino (pro hac vice)
Joshua Jones (pro hac vice)
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX 78701
Telephone: (512) 474-2449
Facsimile: (512) 474-2622
dscardino@reedscardino.com
jjones@reedscardino.com

Attorneys for Plaintiff EON Corp. IP Holdings, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, | Case No. 3:14-cv-05511-WHO |
| Plaintiff, | Assigned to: Hon. William H. Orrick |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| APPLE INC., | |
| Defendant. | |

On this day, Plaintiff EON Corp. IP Holdings, LLC ("EON") and Defendant Apple Inc. ("Apple"), have agreed to dismiss all claims and counterclaims between the parties.

Accordingly, EON and Apple hereby stipulate to dismissal pursuant to the below Order.

| | | |
|---|---|---|
| 1 | Dated: April 24, 2017 | REED & SCARDINO LLP |
| 2 | | |
| 3 | | By: /s/ *Daniel R. Scardino*<br>Daniel R. Scardino<br>dscardino@reedscardino.com |
| 4 | | Joshua G. Jones<br>jjones@reedscardino.com |
| 5 | | 301 Congress Ave Suite 1250<br>Austin, TX 78701 |
| 6 | | |
| 7 | | MICLEAN GLEASON LLP |
| 8 | | David J. Miclean, SBN 115098 |
| 9 | | dmiclean@micleangleason.com<br>Carmen M. Aviles, SBN 251993 |
| 10 | | caviles@micleangleason.com |
| 11 | | **ATTORNEYS FOR PLAINTIFF** |
| 12 | | **EON CORP. IP HOLDINGS, LLC** |
| 13 | | By:  /s/ *Irene Yang (with permission)* |
| 14 | | Michael J. Bettinger, SBN 122196<br>mbettinger@sidley.com |
| 15 | | Irene Yang, SBN 245464<br>irene.yang@sidley.com |
| 16 | | Ezekiel L. Rauscher, SBN 269141<br>erauscher@sidley.com |
| 17 | | SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000 |
| 18 | | San Francisco, California  94104 |
| 19 | | Ash Nagdev, SBN 259921<br>anagdev@sidley.com |
| 20 | | Ryuk Park, SBN 298744<br>ryuk.park@sidley.com |
| 21 | | SIDLEY AUSTIN LLP<br>1001 Page Mill Road, Building 1 |
| 22 | | Palo Alto, California  94304 |
| 23 | | **ATTORNEYS FOR DEFENDANT**<br>**APPLE INC.** |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ORDER**

On this day, Plaintiff EON Corp. IP Holdings, LLC ("EON") and Defendant Apple Inc. ("Apple") announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Apple by EON herein are dismissed, with prejudice, and all counterclaims for relief against EON by Apple are dismissed, with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __April 25, 2017__

THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: April 24, 2017    REED & SCARDINO LLP

By: /s/ *Daniel R. Scardino*
Daniel R. Scardino
dscardino@reedscardino.com